IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PABLO CASTANON-DELEON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1-23-CV-927-RP |
| | § | |
| UR M. JADDOU, in her official capacity | § | |
| Director of the USCIS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On September 30, 2023, Plaintiff dismissed all claims in this case without prejudice. (Dkt. 11). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on October 2, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE